*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Wyatt C. KALBRENER**
Machinist's Mate Second Class (E-5), U.S. Navy
*Appellant*

**No. 202100212**

_____

Decided: 13 December 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Derek D. Butler (trial)
Kimberly J. Kelly (Entry of Judgment)

Sentence adjudged 28 April 2021 by a general court-martial convened at Naval Air Station Mayport, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for five years and a dishonorable discharge.

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

———————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.